1 STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
2 **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
3 Redwood City, CA 94065
Telephone: 650.637.9100
4 Facsimile: 650.637.8071

5 Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOUFIC ANDRAOS, | CASE NO. CV08-4141 CW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 - 50, | [Fed. Rule Civ. Proc., Rule 41(a)(1) |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff Toufic Andraos through their attorney of record, Michael J. Mandel, Esq. of the Law Offices of Michael Mandel and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: October 13, 2008

LAW OFFICES OF MICHAEL MANDEL

By: _____
MICHAEL J. MANDEL
Attorneys for Plaintiff
TOUFIC ANDRAOS

1 | Dated: ~~October 13, 2008~~ November 20, 2008

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By: _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: _____11/24_____, 2008

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA